GEORGE B. JOHNSTON, Respondent, *v.* LONG ISLAND INVESTMENT AND IMPROVEMENT COMPANY, Appellant.

*Johnston* v. *Long Island Inv. & Impr. Co.*, 104 App. Div. 619, affirmed.
(Argued October 9, 1906; decided October 23, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract.

*A. G. N. Vermilya* for appellant.

*F. E. Dana* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

WILLIAM KELLY, Respondent, *v.* SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Submitted October 15, 1906; decided October 23, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 186 N. Y. 16.)